# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KATHI RUCKER-JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:25-cv-02115-SHL-atc |
| ZION DEBT HOLDINGS, LLC, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's complaint (ECF No. 2), filed February 3, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting Report and Recommendation and Dismissing Complaint (ECF No. 17), filed August 25, 2025, all of Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

August 25, 2025
Date